**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| PAUL C. CLARK,<br><br>    Plaintiff,<br><br>  v.<br><br>DOCUSIGN, INC.,<br><br>    Defendant. | Case No. 1:22-cv-02892-SAG |

**JOINT STATUS UPDATE**

Plaintiff Paul C. Clark and Defendant DocuSign, Inc. hereby provide an update on the status of this case pursuant to the Court's Order at Dkt. 36. The Parties have reached a formal written settlement agreement and expect to have a signed Settlement Agreement on or before September 18, 2023. The Parties will promptly notify the Court when the Settlement Agreement has been executed.

                     Respectfully, submitted,

Dated: September 13, 2023     */s/ Daniel John Emam*
                   Daniel John Emam, Bar No. 20909
                   Fenwick & West LLP
                   1911 Second Avenue, 10th Floor
                   Seattle, WA 98101
                   Telephone: 206.389.4510
                   Facsimile: 206.389. 4511
                   Email: demam@fenwick.com

                   *Counsel for Defendant*
                   DOCUSIGN, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, a copy of the foregoing JOINT STATUS UPDATE was served on counsel of record for all parties via electronic mail to:

Brennan C. McCarthy
Brennan McCarthy & Associates
1116 West Street, Suite C
Annapolis, MD  21401
Email:  bmccarthy@brennanmccarthy.com

Frederick N. Samuels
Maurice U. Cahn
Cahn & Samuels, LLP
1100 17th Street NW, Suite 401
Washington, D.C.  20036
Email:  Frederick.samuel@sahnsamuels.com


*/s/ Daniel John Emam*
Daniel John Emam